IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN AND
FOR LEE COUNTY, FLORIDA

CASE NO:

**DARLENE GILBERT,**

    **Plaintiff,**

vs.

**WAL-MART STORES EAST, LP,**

    **Defendant.**                             /

## COMPLAINT

COMES NOW Plaintiff, DARLENE GILBERT, and sues Defendant, WAL-MART STORES EAST, LP, and alleges:

1. This is an action for damages that exceeds Thirty Thousand one dollar and no cents($30,001.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Lee County, Florida.

3. At all times material to this action, WAL-MART STORES EAST, LP is a Florida corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 3920 Skyline Blvd., Cape Coral, FL, said business being that of a retail store, open to the general public, including the Plaintiff herein.

5. On or about November 17, 2021, Plaintiff visited Defendant's premises located at the above address.

6. At said time and place, Plaintiff was lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for his safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the premises, thus creating a hazardous condition to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the premises, as specified above, to ascertain whether the produce display constituted a hazard to patrons of the premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the premises, when Defendant knew or through the exercise of reasonable care should have known that said premises was unreasonably dangerous and that Plaintiff was unaware of same; and

   d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of food display on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff was visiting Defendant's business, she tripped and fell as a result of a negligently installed and maintained price display located on or near a produce display, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, DARLENE GILBERT, sues the Defendant, WAL-MART STORES EAST, LP, for damages and demands judgment in excess of Thirty Thousand and One Dollars ($30,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 11th day of November, 2022.

/s/ *Derrick G. Isaac*
Derrick G. Isaac, Esq. • FBN 88664
Morgan & Morgan • Attorney for Plaintiff
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 210-5341
Fax: (239) 210-5362
E-Mail: derrickisaac@forthepeople.com
gmclaughlin@forthepeople.com
acoffey@forthepeople.com

3